DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GUSTAVO BOTELLO-REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:11-cr-0121 AWI |
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO ADVANCE SENTENCING HEARING; ORDER |
| GUSTAVO BOTELLO-REYES, | ) | Date:   September 6, 2011 |
| Defendant. | ) | Time:   9:00 a.m. |
| | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Ian Garriques, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Gustavo Botello-Reyes, that the hearing currently set for September 19, 2011 at 9:00 a.m., **may be advanced and rescheduled to September 6, 2011, at 9:00 a.m.**

The parties have entered into a plea agreement and have agreed to set the matter for sentencing on September 6, 2011.

/ / /

/ / /

/ / /

/ / /

BENJAMIN B. WAGNER
United States Attorney

Dated: August 24, 2011

/s/ Ian Garriques
IAN GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

Dated: August 24, 2011

/s/ Peggy Sasso
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
GUSTAVO BOTELLO-REYES

**ORDER**

IT IS SO ORDERED.

Dated: _____August 26, 2011_____

CHIEF UNITED STATES DISTRICT JUDGE